ROBERT R. RONNE, ESQ. (SBN 092884)
LAW OFFICE OF ROBERT R. RONNE, APC
840 Apollo Street, Suite 307
El Segundo, California 90245
Telephone:  (310) 322-1696
Facsimile:  (310) 322-3039
E-mail: rrr55@sbcglobal.net

DENNIS W. RIHN, ESQ. (SBN 126233)
ATTORNEY AT LAW
215 North Marengo Avenue, Suite 376
Pasadena, CA 91101
Telephone:  (818) 265-0525
Facsimile:   (626) 396-1555
E-mail: D.Rihn@Att.Net

Attorneys for Plaintiff Alfred Santos

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED SANTOS, | FILE NO:  CV 10-2928-DMG (FFMx) |
| Plaintiff, | JUDGMENT [38] |
| vs. | |
| AMERICARE ASSISTED LIVING, INC.; LEIA DIMALANTA; and MARLOWE JOAQUIN; | |
| Defendants. | |

-1-
[Proposed] Judgment

Pursuant to the stipulation of the parties, and good cause appearing:

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED:

Judgment is in favor of Plaintiff Alfred Santos and against Defendants Leia Dimalanta, Marlowe Joaquin and Americare Assisted Living, Inc., jointly and severally, in the amount of $250,000.00 (Two Hundred Fifty Thousand Dollars).

DATED: March 25, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE